**Angela D. GUIDO, Appellant,**

v.

**RAY COUNTY BOARD OF SERVICES, Shannon Wollard, Misti Wolf, and Bob Bond, Respondents.**

**No. WD 76130.**

Missouri Court of Appeals,
Western District.

Oct. 29, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 2013.

Brian Klopfenstein, Kearney, MO, for Appellant.

Richmond Enochs, Aaron Schwartz, Overland Park, KS, for Respondents.

Before Division Four: JAMES EDWARD WELSH, C.J., CYNTHIA L. MARTIN, J., and TERRY A. TSCHANNEN, Sp. J.

**ORDER**

PER CURIAM:

Angela Guido appeals the circuit court's grant of summary judgment in favor of the

Ray County Board of Services and three of its employees. We affirm. Rule 84.16(b).